# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201600322

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## EDRICK VILLARREAL
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Libretto, USMC.
Convening Authority: Commanding Officer, Marine Special Operations School, U.S. Marine Corps Forces, Special Operations Command, Camp Lejeune, N.C.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Joseph E. Galvin, USMC; Addendum: Captain Bret A. White, USMC.
For Appellant: Major Jason L. Morris, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 13 June 2017

———————————

Before MARKS, JONES, and ELLINGTON, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court